Robert R. Pohls (California Bar #131021)
Jason G. Gong (California Bar #181298)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Defendants **Reliance Standard Life Insurance Company** and **TFE Technology Holdings LLC Long Term Disability Plan**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE FROILAND,<br><br>            Plaintiff,<br><br>      vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, the appropriate named fiduciary of the TFE TECHNOLOGY HOLDINGS LLC, LONG TERM DISABILITY PLAN, TFE TECHNOLOGY HOLDINGS LLC LONG TERM DISABILITY PLAN,<br><br>            Defendants. | Case No. 2:06-CV-01718-LKK-KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING CROSS-MOTIONS FOR JUDGMENT ON ADMINISTRATIVE RECORD** |

WHEREAS the parties anticipate that this matter will be resolved, either by informal resolution or by cross-motions for judgment on the administrative record; and

WHEREAS the parties desire to promote the possibility of resolving this matter by informal resolution by, among other things, deferring their preparation of cross-motions for judgment on the administrative record until they have mediated their dispute; and

WHEREAS the Court entered a Status (Pretrial Scheduling) Conference Order on October 25, 2006 which, among other things, directed the parties to file cross-motions for summary judgment by February 1, 2007; and

WHEREAS the parties have encountered difficulties in scheduling the mediation of this dispute and anticipate that the mediation cannot go forward until late January 2007;

DISCLOSURE STATEMENT [FRCP, Rule 7.1(a)]
Case No. 2:06-CV-01718-LKK-KJM       Page 1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED, by and among the attorneys for plaintiff Louise Froiland and the attorneys for defendants Reliance Standard Life Insurance Company and TFE Technology Holdings LLC Long Term Disability Plan, that the date by which the parties must file cross-motions for judgment on the administrative record be extended from February 1, 2007 to March 1, 2007.

IT IS SO STIPULATED.                **LIPTON - HALLBAUER**

DATED: December _28__, 2006         /s/_____
                                    Mark H. Lipton
                                    Attorneys for Plaintiff **Louise Froiland**

IT IS SO STIPULATED.                **POHLS & ASSOCIATES**

DATED: December _28__, 2006         /s/_____
                                    Robert R. Pohls
                                    Attorneys for Defendants **Reliance Standard Life Insurance Company** and **TFE Technology Holdings LLC Long Term Disability Plan**

## ORDER

IT IS SO ORDERED.

DATED: January 3, 2007              _____

**DISCLOSURE STATEMENT [FRCP, Rule 7.1(a)]**
**Case No. 2:06-CV-01718-LKK-KJM     Page 2**

PDF created with pdfFactory trial version www.pdffactory.com

Robert R. Pohls (California Bar #131021)
Jason G. Gong (California Bar #181298)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Defendants **Reliance Standard Life Insurance Company** and **TFE Technology Holdings LLC Long Term Disability Plan**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE FROILAND,<br><br>              Plaintiff,<br><br>    vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, the appropriate named fiduciary of the TFE TECHNOLOGY HOLDINGS LLC, LONG TERM DISABILITY PLAN, TFE TECHNOLOGY HOLDINGS LLC LONG TERM DISABILITY PLAN,<br><br>              Defendants. | Case No. 2:06-CV-01718-LKK-KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR FILING CROSS-MOTIONS FOR JUDGMENT ON ADMINISTRATIVE RECORD** |

WHEREAS the parties anticipate that this matter will be resolved, either by informal resolution or by cross-motions for judgment on the administrative record; and

WHEREAS the parties desire to promote the possibility of resolving this matter by informal resolution by, among other things, deferring their preparation of cross-motions for judgment on the administrative record until they have mediated their dispute; and

WHEREAS the Court entered a Status (Pretrial Scheduling) Conference Order on October 25, 2006 which, among other things, directed the parties to file cross-motions for summary judgment by February 1, 2007; and

WHEREAS the parties have encountered difficulties in scheduling the mediation of this dispute and anticipate that the mediation cannot go forward until late January 2007;

DISCLOSURE STATEMENT [FRCP, Rule 7.1(a)]
Case No. 2:06-CV-01718-LKK-KJM       Page 1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED, by and among the attorneys for plaintiff Louise Froiland and the attorneys for defendants Reliance Standard Life Insurance Company and TFE Technology Holdings LLC Long Term Disability Plan, that the date by which the parties must file cross-motions for judgment on the administrative record be extended from February 1, 2007 to March 1, 2007.

IT IS SO STIPULATED.                **LIPTON - HALLBAUER**

DATED:  December _28__, 2006        /s/
                                    Mark H. Lipton
                                    Attorneys for Plaintiff **Louise Froiland**

IT IS SO STIPULATED.                **POHLS & ASSOCIATES**

DATED:  December _28__, 2006        /s/
                                    Robert R. Pohls
                                    Attorneys for Defendants **Reliance Standard Life Insurance Company** and **TFE Technology Holdings LLC Long Term Disability Plan**

**ORDER**

IT IS SO ORDERED.

DATED:  January 3, 2007             LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

**DISCLOSURE STATEMENT [FRCP, Rule 7.1(a)]**
**Case No. 2:06-CV-01718-LKK-KJM     Page 2**

PDF created with pdfFactory trial version www.pdffactory.com