UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUISE FROILAND,

        Plaintiff,

   v.

RELIANCE STANDARD LIFE INSURANCE COMPANY, the appropriate named fiduciary of the TFE TECHNOLOGY HOLDINGS LLC, LONG TERM DISABILITY PLAN, TFE TECHNOLOGY HOLDINGS LLC LONG TERM DISABILITY PLAN,

        Defendants.
_____/

NO. Civ.S-06-1718 LKK/KJM

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel for defendants has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

////

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3   CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4   IT IS SO ORDERED.
5   DATED:  January 16, 2007.

        /s/ Lawrence K. Karlton
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

2