Robert R. Pohls (California Bar #131021)
Jason G. Gong (California Bar #181298)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Defendants **Reliance Standard Life Insurance Company** and **TFE Technology Holdings LLC Long Term Disability Plan**

Mark H. Lipton (California Bar #51010)
**LIPTON & HALLBAUER**
1380 Lead Hill Blvd. #106
Roseville, CA 95661
Telephone:  (916) 652-2221
Facsimile:  (916) 652-1211

Attorneys for Plaintiff **Louise Froiland**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUISE FROILAND,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY, the appropriate named fiduciary of the TFE TECHNOLOGY HOLDINGS LLC, LONG TERM DISABILITY PLAN, TFE TECHNOLOGY HOLDINGS LLC LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 2:06-CV-01718-LKK-KJM<br><br>**STIPULATION AND ORDER RE ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED between plaintiff Louise Froiland ("Plaintiff") and Defendants Reliance Standard Life Insurance Company ("Reliance Standard") and TFE Technology Holdings LLC Long Term Disability Plan ("TFE"), by and through their respective attorneys of record herein, that the Court enter a Judgment of Dismissal with prejudice herein

PDF created with pdfFactory trial version www.pdffactory.com

and that, upon the entry of that Judgment of Dismissal with prejudice, each party will bear its own attorneys' fees and costs herein.

IT IS SO STIPULATED

DATED:  February 7, 2007            LIPTON AND HALLBAUER

By: ___/s/_____
Mark H. Lipton,
Attorney for Plaintiff **Louise Froiland**

IT IS SO STIPULATED

DATED:  February 14, 2007           POHLS & ASSOCIATES

By: ___/s/_____
Robert R. Pohls
Jason G. Gong
Attorneys for Defendants
**Reliance Standard Life Insurance Company** and **TFE Technology Holdings LLC Long Term Disability Plan**

## ORDER

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED:  February 22, 2007

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER RE ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE**
Case No. 2:06-CV-01718-LKK-KJM

Page 2

PDF created with pdfFactory trial version www.pdffactory.com